No. 97–5083. HUFFMAN v. SUPERIOR COURT OF CALIFORNIA, MONTEREY COUNTY. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 97–5084. PECORARO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–5085. VIGIL v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5086. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5090. PERRY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–5091. VALDES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–5092. JONES v. HOUSEWORTH. C. A. 6th Cir. Certiorari denied.

No. 97–5093. JAMES v. DOE ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5094. MONTALVO v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–5096. WOODS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5098. ARMSTRONG v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5099. BARFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5100. COLEMAN v. BEILEIN, SHERIFF. C. A. 2d Cir. Certiorari denied.

No. 97–5101. CANADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5102. MARTINEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.